Kenneth E. Keller [SBN 71450]
Kathy M. Sarria [SBN 181322]
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff
C&H SUGAR COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCSICO DIVISION)

| | |
|---|---|
| C&H SUGAR COMPANY, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SOLSTICE INDUSTRIES, INC., a Michigan domestic profit corporation<br><br>           Defendant. | Case No.:  C 04 3673 PJH ARB (E-File)<br><br>**STIPULATED JUDGMENT AND FINDINGS OF FACTS** |

IT IS HEREBY STIPULATED by and between Plaintiff C&H SUGAR COMPANY, INC. ("C&H") and Defendant SOLSTICE INDUSTRIES, INC. ("SOLSTICE") that judgment shall be entered in favor of C&H and against SOLSTICE as follows:

1.     C&H shall have and recover from SOLSTICE the sum of FOUR HUNDRED THOUSAND DOLLARS ($400,000.00) ("Judgment Amount").

2.     C&H shall further recover its costs, attorneys' fees, and related expenses incurred in connection with enforcing this Judgment, and/or collecting the Judgment Amount.  All such costs, fees and expenses are hereby stipulated to be owed to C&H as part of the Judgment Amount.

Received 02-25-2005 08:52am From-8258821099 To-KRIEG KELLER SLOAN R Page 005

Feb 24 05 04:56p                                              734.769.3502                    P.3

3. SOLSTICE acknowledges and agrees that the terms of this Judgment are valid, binding, and enforceable in any jurisdiction worldwide, to the fullest extent of any and all applicable laws and treaties related thereto.

4. SOLSTICE expressly waives the right to appeal this Judgment both as to form and content, and hereby expressly waives notice of entry of judgment, notice of, and right to any hearing regarding entry of judgment and notice of default hereon.

5. This Court shall retain jurisdiction over the parties to enforce this Judgment until there is full performance of the terms hereof, including, but not limited to, full collection of the Judgment Amount by C&H.

IT IS SO STIPULATED.

Dated: 2/25/2005

By: _____
TODD MILLER, CREDIT MANAGER AND ON BEHALF OF
C&H SUGAR COMPANY, INC.

Dated: Feb 24, 2005

By: _____
PAUL SAAM, PRESIDENT
SOLSTICE INDUSTRIES, INC.

IT IS SO ORDERED.

Dated: __August 19__, 2005

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED JUDGMENT AND FINDINGS OF FACT
Case No. 04-01020 WHA ARB (E-File)

Received 02-24-2005 01:55pm From-734 769 3502 To-KRIEG KELLER SLOAN R Page 002

FEB. 25. 2005 9:35AM C&H SUGAR NO. 629 P. 5/8